# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                    Case No. 22-41355

Deanna Faye Williams,                                     Chapter 7

        Debtor,

## ORDER GRANTING RELIEF FROM STAY

This case is before the court on the motion of Spire Credit Union for relief from the automatic stay imposed by 11 U.S.C. §362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. §362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. §362(a) is terminated such that the movant may exercise its rights and remedies under applicable nonbankruptcy law with respect to the following property:

   2015 Ford Edge with VIN# 2FMTK4AP2FBB66906

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: *September 13, 2022*

*/e/William J. Fisher*
_____
William J. Fisher
United States Bankruptcy Judge