**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Deanna Faye Williams | Social Security number or ITIN  xxx-xx-2881 |
| | First Name  Middle Name  Last Name | EIN  __-_____ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN  __-_____ |
| United States Bankruptcy Court | District of Minnesota | |
| Case number: | 22-41355 | |

## Order of Discharge                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Deanna Faye Williams

**By the court:** <u>William J Fisher</u>
United States Bankruptcy Judge

<u>12/6/22</u>

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Minnesota

In re:   Case No. 22-41355-WJF
Deanna Faye Williams   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 3
Date Rcvd: Dec 07, 2022     Form ID: mnbb318     Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Deanna Faye Williams, 25660 3rd Street West Apt. 214, Zimmerman, MN 55398-4587 |
| 62859199 | + | Brenda Williams, 28220 131st St. NW, Zimmerman MN 55398-9443 |
| 62859200 | + | Campbell Properties, 3324 10th Ave NE, Sauk Rapids MN 56379-2483 |
| 62859208 | + | Emergency Physicians, PA, PO Box 251449, Plano TX 75025-1449 |
| 62859209 | + | Fairview, PO BOX 1221, Minneapolis MN 55440-1221 |
| 62859218 | | Park Nicollet, 3800 Park Nicollet Blvd., Minneapolis MN 55416-2699 |
| 62873972 | | SCSU, AS 123 Attn: Collections, 720 4th Ave South, St. Cloud, MN 56301-4498 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Dec 08 2022 02:43:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Dec 07 2022 21:37:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Dec 07 2022 21:37:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| cr | | Email/Text: bankruptcy@myspire.com | Dec 07 2022 21:37:00 | Spire Credit Union, 2025 Larpenteur Avenue West, Falcon Heights, MN 55113 |
| 62859197 | + | Email/Text: backoffice@affirm.com | Dec 07 2022 21:38:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh PA 15212-5862 |
| 62859198 | + | EDI: CITICORP.COM | Dec 08 2022 02:43:00 | Best Buy Credit Services, PO Box 790441, Saint Louis MO 63179-0441 |
| 62859201 | + | EDI: CAPITALONE.COM | Dec 08 2022 02:43:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |
| 62859203 | + | EDI: CITICORP.COM | Dec 08 2022 02:43:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 62859204 | + | EDI: WFNNB.COM | Dec 08 2022 02:43:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus OH 43218-2125 |
| 62859205 | + | EDI: WFNNB.COM | Dec 08 2022 02:43:00 | Comenity Bk/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus OH 43218-2125 |
| 62859206 | + | EDI: WFNNB.COM | Dec 08 2022 02:43:00 | Comenity Capital/famous, Attn: Bankruptcy, Pob 182125, Columbus OH 43218-2125 |
| 62859210 | + | Email/Text: bncnotifications@pheaa.org | Dec 07 2022 21:37:00 | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg PA 17106-9184 |
| 62859211 | | EDI: IRS.COM | Dec 08 2022 02:43:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62859212 | | Email/Text: PBNCNotifications@peritusservices.com | Dec 07 2022 21:37:00 | Kohls/Capital One, PO Box 3120, Milwaukee WI |

Case 22-41355 Doc 19 Filed 12/09/22 Entered 12/09/22 23:28:20 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2022 | Form ID: mnbb318 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 53201-3120 |
| 62859213 | | Email/Text: bankruptcy@loanme.com | Dec 07 2022 21:37:00 | Loan Me, 1900 S State College Blvd #300, Anaheim CA 92806 |
| 62859216 | + | EDI: MINNDEPREV.COM | Dec 08 2022 02:43:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62859214 | | Email/Text: bankruptcy.notices@northmemorial.com | Dec 07 2022 21:37:00 | Maple Grove Hopsital, 3300 Oakdale Ave N, Minneapolis MN 55422-2926 |
| 62859215 | + | Email/Text: rcmbankruptcynotices@allina.com | Dec 07 2022 21:37:00 | Mercy Hospital, 4050 Coon Rapids Blvd, Coon Rapids MN 55433-2522 |
| 62859219 | + | Email/Text: bankruptcy@petalcard.com | Dec 07 2022 21:37:26 | Petal Card 1/webbank, Attn: Bankruptcy Dept, Po Box 105168, Atlanta GA 30348-5168 |
| 62859221 | | Email/Text: bankruptcy@myspire.com | Dec 07 2022 21:37:00 | Spire Credit Union, 2025 Larpenteur Ave, Falcon Heights MN 55113 |
| 62859220 | | Email/Text: bankruptcy@myspire.com | Dec 07 2022 21:37:00 | Spire Credit Union, Attn: Bankruptcy Dept., 2025 Larpentur Ave West, Falcon Heights MN 55113 |
| 62859222 | + | EDI: RMSC.COM | Dec 08 2022 02:43:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 62859223 | + | EDI: RMSC.COM | Dec 08 2022 02:43:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando FL 32896-5064 |
| 62859224 | + | EDI: RMSC.COM | Dec 08 2022 02:43:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965064, Orlando FL 32896-5064 |
| 62859225 | + | EDI: RMSC.COM | Dec 08 2022 02:43:00 | Synchrony/Paypal, P.O. Box 105972, Atlanta GA 30348-5972 |
| 62859202 | | Email/Text: BankruptcyNotices@schear.net | Dec 07 2022 21:37:00 | CC Connect, 205 Sugar Camp Circle, Dayton OH 45409 |
| 62859226 | + | EDI: WTRRNBANK.COM | Dec 08 2022 02:43:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 62859207 | | Dad |
| 62859217 | | Mom |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2022　　　　　　　　　　Signature: 　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Duffek | on behalf of Creditor Spire Credit Union dduffek@schindelsegal.com |
| Erik Ahlgren | trustee@prtel.com MN23@ecfcbis.com,erik@ahlgrenlawoffice.net |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 1 Deanna Faye Williams samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com |

TOTAL: 4